

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00254-CR

---

JET THACH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1909571, Honorable Eric J. Starnes, Presiding

---

July 9, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellant, Jet Thach, appeals his conviction for aggravated assault[1] and sentence to sixteen years of confinement.[2] Pending before the Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion is signed by both Appellant and his attorney. Because no decision of the Court

---

[1] *See* TEX. PENAL CODE § 22.02(a)(1).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

has been issued, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.